

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2018

No. 04-18-00820-CR

**IN RE** Henry T. **GARLAND** Jr**.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

On November 1, 2018, relator filed a petition for writ of mandamus. After reviewing the petition, this court concludes we do not have jurisdiction to consider relator's complaint. Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 5, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 789989; 789991; 792091; 792093, styled *The State of Texas v. Henry T. Garland, Jr.*, pending in the County Court at Law No. 9, Bexar County, Texas, the Honorable Walden Shelton presiding.